IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED

SEP – 4 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **I N D I C T M E N T** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **1 : 2 5 CR      4 2 9** |
| | ) | CASE NO._____ |
| AARON ROBERTS, | ) | Title 18, United States Code, |
| | ) | Sections 1028A(a)(1), 1344(2), |
| Defendant. | ) | and 1957 |
| | ) | |

GENERAL ALLEGATIONS          **JUDGE OLIVER**

At all times relevant to this Indictment, unless otherwise specified:

Relevant Individuals and Entities

1.      Defendant AARON ROBERTS resided in or around Lorain, Ohio, in the Northern District of Ohio, Eastern Division.

2.      Victim 1 was an individual residing in Sandusky, Ohio.

3.      Bank 1 was headquartered in or around New York, New York, and had branch locations in the Northern District of Ohio.

4.      Bank 1 was a federally insured financial institution as defined in Title 18, United States Code, Section 20.

5.      Bank 2 was headquartered in Charlotte, North Carolina, and had branch locations in North Carolina, South Carolina and elsewhere in the United States.

6.      Bank 2 was a federally insured financial institution as defined in Title 18, United States Code, Section 20.

COUNT 1
(Bank Fraud, 18 U.S.C. § 1344(2))

The Grand Jury charges:

7.    The factual allegations contained in paragraphs 1 through 6 of this Indictment are incorporated by reference as if stated fully herein.

The Scheme to Defraud

8.    From in or around May 10, 2024, through in or around June 12, 2024, in the Northern District of Ohio, Eastern Division, and elsewhere, AARON ROBERTS participated in a scheme and artifice to defraud federally financial institutions, and to obtain moneys, funds, credits, assets, securities, and other property owned by and under the custody and control of federally insured financial institutions by means of false and fraudulent pretenses, representations, and promises.

Purposes of the Scheme

9.    The purposes of the scheme included, but were not limited to, the following: for Defendant to unjustly enrich himself by (a) obtaining funds from financial institutions through false statements, (b) diverting proceeds for Defendants' use and to further the scheme, and (c) concealing the scheme.

Manner and Means of the Scheme

10.    It was part of the scheme that:

a.    Defendant opened bank accounts in Bank 1 and 2 by presenting fictitious documents containing materially false representations.

b.    Defendant possessed and deposited a stolen check in his account at Bank 1 and then transferred the fraudulently obtained funds to his account held in Bank 2.

2

c.      Defendant created fictitious accounts in Victim 1's name in order to conceal and carry out his scheme.

Acts in Furtherance

11.      In furtherance of the scheme, and to effect the objects and conceal the existence thereof, Defendant performed acts in the Northern District of Ohio and elsewhere, including, but not limited to the following:

a.      On or about May 10, 2024, Defendant possessed one check, without authorization, made payable to Victim 1, an individual residing in the Northern District of Ohio, Western Division.

b.      On or about May 10, 2024, Defendant opened personal checking accounts ending in 6873 and 7517, at a Bank 1 branch location in Lorain, Ohio, in the Northern District of Ohio, Eastern Division, in the name of Victim 1, using a fictitious United States Passport.

c.      On or about May 11, 2024, Defendant deposited one (1) check into his fraudulently opened account ending in 6873 at Bank 1 in the amount of $153,230.00.

d.      Between on or about May 14, 2024, through on or about May 17, 2024, Defendant transferred approximately $148,230.00 in fraudulently obtained funds from account ending in 6873 to account ending in 7517.

e.      Between on or about May 17, 2024, and May 24, 2024, Defendant made three withdrawals from his Bank 1 account ending in 7517, totaling $148,230.00. One of the three withdrawals included a cashier's check from Bank 1 in the amount of $83,230.13.

f.      On or about May 24, 2024, Defendant made a cash withdrawal from his Bank 1 account ending in 6873 for approximately $5,000.13, leaving a balance of $0 in account ending in 6873.

3

g. On or about May 28, 2024, Defendant opened personal checking accounts ending in 4866 and 4874 at a Bank 2 branch location in Charlotte, North Carolina, in the name of Victim 1, using a fictitious United States Passport.

h. On or about May 28, 2024, Defendant deposited one (1) check into his Bank 2 checking account ending in 4866 in the amount of $83,230.13.

i. Between on or about May 28, 2024, and June 12, 2024, Defendant transferred approximately $16,833.13 in fraudulently obtained funds from his account ending in 4866 to account ending in 4874 and diverted said funds from both accounts for his personal use.

j. Defendant, without Victim 1's knowledge, created an email address in the name of Victim 1 that he controlled.

k. Defendant created an account with Barsala Management, a temporary housing rental company, in Victim 1's name, without their knowledge, that he controlled.

l. From on or about June 8, 2024, through on or about June 10, 2024, Defendant rented a residential property through Barsala Management, in Victim 1's name, using the fraudulently obtained funds drawn from his Bank 2 account ending in 4866.

m. Throughout the scheme, Defendant used Victim 1's name and identity in order to effectuate numerous steps in the scheme.

<u>Execution of the Scheme</u>

12. From on our about May 10, 2024, through May 24, 2024, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant AARON ROBERTS, knowingly executed and attempted to execute the scheme to defraud by making false and fraudulent representation to Bank 1 by opening accounts in another person's name without their knowledge or consent, and depositing a stolen check into an account held with Bank 1, in violation of Title 18, United States Code, Sections 1344(2).

<u>COUNT 2</u>
(Engaging in Monetary Transactions in Criminally Derived Property, 18, U.S.C. § 1957)

The Grand Jury further charges:

13. The Factual allegations contained in Count 1 of this Indictment are incorporated by reference as if stated fully herein.

14. From on or about May 24, 2024, through on or about May 28, 2024, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant AARON ROBERTS, did knowingly engage and attempt to engage in the following monetary transactions by, through, or to a financial institution, affecting interstate commerce, in criminally derived property of a value greater than $10,000, that is, a transfer of funds, such property having been derived from a specified unlawful activity, that is, Bank Fraud as charged in Count 1, to wit: Defendant after depositing a stolen check into Defendant's Bank 1 checking account, transferred approximately $83,230.13 from Defendant's Bank 1 checking account to Defendant's Bank 2 checking account.

All in violation of Title 18, United States Code, Sections 1957.

<u>COUNT 3</u>
(Aggravated Identity Theft, 18 U.S.C. § 1028A(a)(1))

The Grand Jury further charges:

15. The factual allegations contained in Counts 1 and 2 of this Indictment are incorporated by reference as if stated fully herein.

16. From on or about May 10, 2024, through May 11, 2024, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant, AARON ROBERTS, did knowingly transfer, possess, and use, a means of identification of another person, without lawful authority, during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c), to wit: Bank Fraud, in violation of Title 18, United States Code, Section 1344, as

5

charged in Count 1 of this Indictment, by knowing that the means of identification belonged to another actual person, in violation of Title 18, United States Code, Sections 1028A(a)(1).

FORFEITURE

The Grand Jury further charges:

17.     The allegations contained in Counts 1 and 2 of this Indictment are hereby re-alleged and incorporated by reference as if fully set forth herein for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Sections 981(a)(1)(C), and 982(a)(1) and (a)(2), and Title 28, United States Code, Section 2461(c), Defendant AARON ROBERTS shall forfeit to the United States, all property constituting, or derived from, proceeds obtained directly or indirectly as a result of the violation charged in Count 1; and all property involved in the violation charged in Count 2; and any property traceable to such property.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.

6